# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Eduardo Hidalgo-Velez, et al.<br><br>Plaintiffs<br><br>vs.<br><br>San Juan Asset Management, Inc, et al.<br><br>Defendants | CIVIL CASE : 11-2175 (SJM) |

## PARTIAL JUDGMENT

Pursuant to co plaintiffs' Eduardo Aviles, Jose M Borrageros, Jose Borrageros-Lezama, Maria M. Lezama, Aviles-Martinez Conjugal Partnership, Borrageros-Lezama Conjugal Partnership, Gonzalez-Gonzalez Conjugal Partnership, Manuel Gonzalez, Nora Gonzalez, Ana L. Lopez, Rosa M. Lopez-Velez, Elizabeth Martinez, Musique Express Light, Inc., Enrique Nunez, Alma Rodriguez, Frank San Filippo, Maria del C. Sanchez-Bano, Trall Sanjurjo, Abbie Schmidt, and Elsa Ufret-Vales, Notice of Voluntary Dismissal (docket #73) Partial Judgment is entered dismissing this action against BBVA Securities of P.R. without prejudice.

In San Juan, Puerto Rico, this 5th day October, 2012.

**Frances Rios de Moran, Esq.**
Clerk of Court

**S/ Gretchen S. Rodriguez**
Gretchen S. Rodriguez
Deputy Clerk